389 P.3d 125

**In the INTEREST OF DT**

**NO. CAAP-16-0000415**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, December 14, 2016. On the briefs:

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-S NO. 13-00013)

SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 125

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Charles L. BOVEE, Defendant-Appellant,**

and

**Adam J. APILADO, Defendant-Appellee**

**NO. CAAP-14-0001047**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, December 9, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 13-1-1748)

SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 125

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Renee MEYER, Defendant-Appellant**

**NOS. CAAP-15-0000862 CAAP-15-0000863 (CONSOLIDATED)**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, December 9, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CASE NOS. 1DTC-14-070286 and 1DTC-15-032645)

SUMMARY DISPOSITION ORDER

Affirmed.